UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MICHELE ELIJAH MCLAWRENCE.

           Plaintiff,

       -v-

DEPARTMENT OF CORRECTIONS NEW YORK
CITY, et al.,

           Defendants.
------------------------------------x

08 Civ. 11095 (JSR)

ORDER



JED S. RAKOFF, U.S.D.J.

      On July 8, 2010, the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, issued a Report and Recommendation ("Report") in the above-captioned matter recommending that summary judgment be granted in favor of the defendants.

      None of the parties has filed any objection to the Report, and, for that reason alone, the parties have waived any right to further appellate review. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Wagner & Wagner, LLP v. Atkinson, Haskins, Nellis, Brittingham, Gladd & Carwile, P.C., 596 F.3d 84, 92 (2d Cir. 2010). Accordingly, the Court hereby adopts the Report, and, for the reasons stated therein, grants defendants' motion for summary judgment.

      The Clerk of the Court is directed to close the case.

      SO ORDERED.

Dated: New York, NY
       August 4, 2010

                             JED S. RAKOFF, U.S.D.J.